■ THE PEOPLE OF THE STATE OF NEW YORK v. BERT SNAGGS.— Motion dismissed as unnecessary. (See *People* v. *Kriloff* (17 A D 2d 796.) Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of GEORGE F. NIEBLING, et al. v. ROBERT F. WAGNER et al. — Motion for a stay granted. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ SANFORD M. TREAT v. CONTINENTAL VENDING MACHINE CORP.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered on May 1, 1962, is modified accordingly. Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ ARTHUR A. KNAPP v. GLORIA KNAPP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.